# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JEAN COULTER, | : No. 65 WM 2014 |
| Petitioner | : |
| v. | : |
| ALLEGHENY COUNTY COURT OF COMMON PLEAS AND DAUPHIN COUNTY COURT OF COMMON PLEAS, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of October, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.